UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMISON BEDDING, INC., | ) |
| PLAINTIFF, | ) ) ) |
| v. | )   CASE NO. 3:09-CV-00747 |
| CMC CORPORATION, | ) ) ) |
| DEFENDANT. | ) |

## AGREED ORDER

It appears to the Court, as evidenced by the signatures of counsel for both of the parties, that the parties are in agreement that they have resolved all of their mutual claims and causes of action and that the Complaint and Counterclaim should be dismissed, with prejudice.

It is so ORDERED.

_____
ALETA TRAUGER
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

s/ Jay S. Bowen
Jay S. Bowen, BPR No. 2649
BOWEN & UNGER, PLC
47 Music Square East
Nashville, TN 37203
Tel: (615) 329-4440
Fax: (615) 329-4485
Jbowen@bowenungerlaw.com

*Attorneys for Jamison Bedding, Inc.*

s/ Charles I. Malone
Charles I. Malone, BPR No. 22904
Walker Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
Tel: (615) 313-6037
Fax: (615) 313-6001

*Attorneys for CMC Corporation*